**APPLICANT EUGENE DALE ENDERLIN, JR.**      **APPLICATION NO. WR-82,683-01**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**REMAND FOR EVIDENTIARY HEARING.**

*Per Curiam*                                                    4/1/15

**JUDGE**                                                      **DATE**